GRUENDER, Circuit Judge,
concurring.
I fully concur in the Court’s opinion and judgment. In addition, I explicitly would reject Winata’s argument that the BIA erred by failing to apply the “disfavored group” analysis of the Ninth Circuit as discussed in Sael v. Ashcroft, 386 F.3d 922 (9th Cir.2004). In rejecting the “disfavored group” analysis, I would join the other circuit courts that have rejected this judicially created alternative to the statutory and regulatory scheme. See Kho v. Keisler, 505 F.3d 50, 55 (1st Cir.2007); Kaharudin v. Gonzales, 500 F.3d 619, 624-25 (7th Cir.2007); Wijaya v. Gonzales, 227 Fed.Appx. 35, 38 n. 1 (2d Cir.2007) (summary order); Lie v. Ashcroft, 396 F.3d 530, 538 n. 4 (3d Cir.2005).